THE STATE OF NEW JERSEY, BY THEODORE D. PARSONS, ATTORNEY GENERAL, PLAINTIFF-RESPONDENT, v. STANDARD OIL COMPANY, DEFENDANT-PETITIONER.

See same case below: 5 *N. J. Super.* 460.

*Messrs. Stryker, Tams & Horner* and *Mr. Josiah Stryker,* for the petitioner.

*Mr. Theodore D. Parsons, Attorney General,* and *Mr. Emerson Richards,* for the respondent.

February 27, 1950.   Granted.